CHARLES HICKS, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued October 9, 1928; decided October 23, 1928.)

*Harold L. Warner* and *George D. Yeomans* for appellant.
*Carl R. Wittekind* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.